| | |
|---|---|
| Agiliti Health, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Resilience Healthcare – Weiss Memorial Hospital, LLC, Resilience Healthcare – West Suburban Medical Center, LLC, and AUM Global Healthcare Management, LLC dba Resilience Healthcare, <br><br> *Defendants*. | Case No. 1:25-cv-10467 |

## JOINT STATUS REPORT CONCERNING DISCOVERY

Plaintiff Agiliti Health, Inc. ("Agiliti") and defendants Resilience Healthcare - Weiss Memorial Hospital, LLC ("Weiss"), Resilience Healthcare - West Suburban Medical Center, LLC ("West"), and AUM Global Healthcare Management, LLC, dba Resilience Healthcare ("Resilience") (collectively, the "Defendants"), respectfully submit this Joint Status Report pursuant to the Court's Minute Order dated November 26, 2025, Dkt. # 27.

**1. Status of Written Discovery.**

The parties served written discovery requests on January 7, 2026, and agreed to a 21-day extension to respond until February 27, 2026. No third-party subpoenas have been issued except a deposition subpoena for one of the Defendants' employees. No other third-party subpoenas are presently anticipated by either side.

**2. Anticipated depositions.**

Agiliti deposed the Defendants' C.E.O. in December 2025, and on March 20, 2026, will depose Erin Borders, the Defendants' Director Ambulatory Care Center and Surgical Services.

Agiliti also intends to take Rule 30(b)(6) depositions of each Defendant after written discovery is exchanged and any disputes concerning the responses are resolved.

Defendants anticipate requesting the depositions of Matthew McCabe and David Anbari, as well as any other persons discovered to have material information in Plaintiff's responses to interrogatories and document requests.

**3. Settlement conference and other issues.**

The parties do not request a settlement conference.

DATED: February 10, 2026

Respectfully submitted,

| | |
|---|---|
| _/s/ David M. Mannion_ | _/s/ Bryan G. Lesser_ |
| David M. Mannion (*pro hac vice*) | Bryan G. Lesser (#6330021) |
| BLAKELEY LC | Mandell P.C. |
| 530 Technology Drive, Suite 100 | 1 N. Franklin Street, Suite 900 |
| Irvine, CA 92618 | Chicago, Illinois 60606 |
| Tel. (949) 260-0611 | Phone: 312-801-6337 |
| Email: DMannion@BlakeleyLC.com | blesser@mandellpc.com |
| | |
| *Attorneys for Plaintiff Agiliti Health, Inc.* | *Counsel for Resilience Healthcare – Weiss Memorial Hospital, LLC, Resilience Healthcare – West Suburban Medical Center, LLC, and AUM Global Healthcare Management, LLC dba Resilience Healthcare.* |